**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ALISHA M. CAFFEE | CIVIL ACTION NO. 25-0173 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| SHEVA M. SIMS, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## JUDGMENT

Pending before the Court is a Report and Recommendation, Record Document 40, to grant in part and deny in part the Defendants' Motions to Dismiss, Record Documents 15, 20. Having considered the Report and Recommendation of the Magistrate Judge, the Court having received no written objections, and after a de novo review of the record, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

**IT IS ORDERED** that the Motion to Dismiss filed by Fairfield Construction, Inc. ("Fairfield"), Record Document 15, is **GRANTED IN PART and DENIED IN PART.** Insofar as the motion seeks dismissal under Rule 12(b)(5), **IT IS ORDERED** that the motion is **DENIED. IT IS FURTHER ORDERED** that Fairfield's motion to dismiss under Rule 12(b)(6) is **GRANTED** and all federal claims against Fairfield are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that any state law claims against Fairfield are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, Record Document 20, filed jointly by Defendants Sheva M. Sims ("Sims") and Shreveport City Court is **GRANTED IN PART and DENIED IN PART**. Insofar as the motion seeks dismissal under Rule 12(b)(5), **IT IS ORDERED** that the motion is **DENIED**.  **IT IS FURTHER ORDERED** that the motion to dismiss for failure to state a claim against Shreveport City Court, a non-juridical entity, is **GRANTED** and all claims against it are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Sims' motion to dismiss for lack of subject matter jurisdiction is **GRANTED** as to Plaintiff Alisha M. Caffee's first and second claims under 18 U.S.C. §§ 241 and 242 and for injunctive and declaratory relief under 42 U.S.C. § 1983 and is **DENIED** as to Caffee's Section 1983 claim for damages. **IT IS FURTHER ORDERED** that the claims under 18 U.S.C. §§ 241 and 242 and for injunctive and declaratory relief under 42 U.S.C. § 1983 are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Sims' motion to dismiss for failure to state a claim is **GRANTED** as to the remaining Section 1983 claim for damages against her and that these claims are **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of March, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**

2